# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00755-CV

**Greater Texas Housing Solutions, LLC Individually and d/b/a GTHS Home Buyer, Appellant**

**v.**

**Men2A Properties LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 22CCV01445, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on February 27, 2023. After this Court granted multiple motions requesting an extension of time to file its brief, appellant's brief was due June 12, 2023. In granting the most recent extension, this Court advised appellant that failure to comply with the court's directive may result in a dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.[1] *See* Tex. R. App. P. 42.3(b).

---

[1] All other pending motions are dismissed as moot.

_____

                                                                Edward Smith, Justice

Before Justices Baker, Triana, and Smith

Dismissed for Want of Prosecution

Filed:   July 20, 2023